**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In Re: TAMARA L HUGHES | § | Case No.: 11-24956 |
| | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/14/2011.

2) This case was confirmed on N/A.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 08/25/2011.

6) Number of months from filing to the last payment: 0

7) Number of months case was pending: 5

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $ 7,236.00

10) Amount of unsecured claims discharged without payment $ .00

11) All checks distributed by the trustee to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 484.62 |
| Less amount refunded to debtor | $ 484.62 |
| **NET RECEIPTS** | $ .00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ .00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ .00 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ .00 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SANTANDER CONSUMER U | SECURED | 17,324.00 | .00 | 17,324.00 | .00 | .00 |
| ODHSUMMIT | PRIORITY | 226.00 | NA | NA | .00 | .00 |
| AAA CHECKMATE LLC | UNSECURED | 2,791.00 | 651.49 | 651.49 | .00 | .00 |
| RJM AQUISITIONS FUND | UNSECURED | 101.00 | 105.99 | 105.99 | .00 | .00 |
| AFNI INC | UNSECURED | 909.00 | 909.51 | 909.51 | .00 | .00 |
| AMERICOLLECT | UNSECURED | 178.00 | NA | NA | .00 | .00 |
| AMERICOLLECT | UNSECURED | 152.00 | NA | NA | .00 | .00 |
| AMERICOLLECT | UNSECURED | 73.00 | NA | NA | .00 | .00 |
| AMERICOLLECT | UNSECURED | 67.00 | NA | NA | .00 | .00 |
| T-MOBILE/T-MOBILE US | UNSECURED | 380.00 | 382.18 | 382.18 | .00 | .00 |
| AT&T | UNSECURED | 1,393.00 | NA | NA | .00 | .00 |
| AT&T | UNSECURED | 36.00 | NA | NA | .00 | .00 |
| AVA WOMENS HEALTH | UNSECURED | 258.00 | NA | NA | .00 | .00 |
| CERTEGY | UNSECURED | 19.00 | NA | NA | .00 | .00 |
| CERTEGY | UNSECURED | 36.00 | NA | NA | .00 | .00 |
| CERTEGY | UNSECURED | 29.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| CONS REC SYSTEMS | UNSECURED | 208.00 | NA | NA | .00 | .00 |
| CONSUMER FINANCIAL S | UNSECURED | 5,500.00 | .00 | 5,081.31 | .00 | .00 |
| CONTRACT CALLERS | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| CREDIT MANAGEMENT IN | UNSECURED | 276.00 | NA | NA | .00 | .00 |
| DOMINION EAST O | UNSECURED | 805.00 | NA | NA | .00 | .00 |
| DONATOS PIZZERIA | UNSECURED | 49.00 | NA | NA | .00 | .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ENHANCED RECOVERY CO | UNSECURED | 36.00 | NA | NA | .00 | .00 |
| EOS CCA | UNSECURED | 230.00 | NA | NA | .00 | .00 |
| EOS CCA | UNSECURED | 51.00 | NA | NA | .00 | .00 |
| FAMILY DOLLAR | UNSECURED | 39.00 | NA | NA | .00 | .00 |
| FIDELITY PROPERTIES | UNSECURED | 85.00 | NA | NA | .00 | .00 |
| FIDELITY PROPERTIES | UNSECURED | 62.00 | NA | NA | .00 | .00 |
| FIDELITY PROPERTIES | UNSECURED | 15.00 | NA | NA | .00 | .00 |
| PREMIER BANKCARD/CHA | UNSECURED | 565.00 | 564.67 | 564.67 | .00 | .00 |
| GLHEC | UNSECURED | 6,625.00 | .00 | .00 | .00 | .00 |
| SALLIE MAE INC | UNSECURED | 900.00 | 1,396.83 | .00 | .00 | .00 |
| HSBC NV | UNSECURED | 762.00 | NA | NA | .00 | .00 |
| HSBC TAX | UNSECURED | 2,313.00 | NA | NA | .00 | .00 |
| I C SYSTEMS INC | UNSECURED | 123.00 | NA | NA | .00 | .00 |
| I C SYSTEMS INC | UNSECURED | 105.00 | NA | NA | .00 | .00 |
| I C SYSTEMS INC | UNSECURED | 91.00 | NA | NA | .00 | .00 |
| ICING | UNSECURED | 90.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 570.00 | NA | NA | .00 | .00 |
| JOSEPH HARRISION CO | UNSECURED | 270.00 | NA | NA | .00 | .00 |
| KENT STATE UNIVERSIT | UNSECURED | 5,772.00 | NA | NA | .00 | .00 |
| KINDERCARE LEARNING | UNSECURED | 215.00 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY ME | UNSECURED | 89.00 | NA | NA | .00 | .00 |
| LUTHER SALES FUR | UNSECURED | 6,035.00 | NA | NA | .00 | .00 |
| RJM AQUISITIONS FUND | UNSECURED | 93.00 | 93.45 | 93.45 | .00 | .00 |
| NATIONAL RECOVERY AG | UNSECURED | 84.00 | NA | NA | .00 | .00 |
| NATIONAL RECOVERY AG | UNSECURED | 51.00 | NA | NA | .00 | .00 |
| NCO FINANCIAL SYSTEM | UNSECURED | 88.00 | NA | NA | .00 | .00 |
| NEWPORT NEWS | UNSECURED | 91.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 881.00 | NA | NA | .00 | .00 |
| NORTH SHORE GAS | UNSECURED | 1,294.00 | NA | NA | .00 | .00 |
| PAYLIANCE | UNSECURED | 96.00 | NA | NA | .00 | .00 |
| PAYLIANCE | UNSECURED | 65.00 | NA | NA | .00 | .00 |
| PICK N SAVE | UNSECURED | 67.00 | NA | NA | .00 | .00 |
| PICK N SAVE | UNSECURED | 73.00 | NA | NA | .00 | .00 |
| PICK N SAVE | UNSECURED | 67.00 | NA | NA | .00 | .00 |
| PICK N SAVE | UNSECURED | 152.00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | 1,645.00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | 1,669.00 | NA | NA | .00 | .00 |
| PROMPT RECOVERY SVC | UNSECURED | 270.00 | NA | NA | .00 | .00 |
| PUBLIC SAVINGS BANK | UNSECURED | 418.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 499.00 | 570.03 | 570.03 | .00 | .00 |
| SALLIE MAE INC | UNSECURED | 2,902.00 | 5,485.78 | .00 | .00 | .00 |
| SALLIE MAE INC | UNSECURED | 2,742.00 | 2,765.71 | .00 | .00 | .00 |
| SALLIE MAE INC | UNSECURED | 2,818.00 | 5,740.35 | .00 | .00 | .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SM SERVICING | UNSECURED | 2,742.00 | .00 | .00 | .00 | .00 |
| SM SERVICING | UNSECURED | 2,756.00 | .00 | .00 | .00 | .00 |
| SM SERVICING | UNSECURED | 1,396.00 | .00 | .00 | .00 | .00 |
| SOUTHWEST TENN | UNSECURED | 1,876.00 | NA | NA | .00 | .00 |
| TAFFORD UNIFORM | UNSECURED | 123.00 | NA | NA | .00 | .00 |
| TAFFORD UNIFORM | UNSECURED | 123.00 | NA | NA | .00 | .00 |
| TARGET NATIONAL BANK | UNSECURED | 1,322.00 | 1,322.16 | 1,322.16 | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 1,136.00 | NA | NA | .00 | .00 |
| TIME WARNER CABLE | UNSECURED | 270.00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 9,295.00 | 9,448.84 | .00 | .00 | .00 |
| VICTORIAS SECRET | UNSECURED | 165.00 | NA | NA | .00 | .00 |
| WOOD FOREST BANK | UNSECURED | 133.00 | NA | NA | .00 | .00 |
| RENT A CENTER | SECURED | 332.00 | .00 | 332.00 | .00 | .00 |
| OPPORTUNITY FINANCIA | UNSECURED | NA | 255.18 | 255.18 | .00 | .00 |
| CBSC INC | UNSECURED | NA | 226.89 | 226.89 | .00 | .00 |
| CONSUMER FINANCIAL S | SECURED | NA | 5,081.31 | .00 | .00 | .00 |
| UNITED CREDIT RECOVE | UNSECURED | NA | 1,496.76 | 1,496.76 | .00 | .00 |
| UNITED CREDIT RECOVE | UNSECURED | NA | 1,632.42 | 1,632.42 | .00 | .00 |
| UNITED CREDIT RECOVE | UNSECURED | NA | 3,041.00 | 3,041.00 | .00 | .00 |
| MR SCOTT | PRIORITY | .00 | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 17,324.00 | .00 | .00 |
| All Other Secured | 332.00 | .00 | .00 |
| **TOTAL SECURED:** | 17,656.00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 16,333.04 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ .00 | |
| Disbursements to Creditors | $ .00 | |
| **TOTAL DISBURSEMENTS:** | | $ .00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/21/2011

/s/ Tom Vaughn
Tom Vaughn, Chapter 13 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.